**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| BRANDON CHRISTOPHER WILLIAMS, | ) | NO. CV 23-2801-FMO(E) |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| A. REYNA, ET AL., | ) | |
| Defendants. | ) | |

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED:  August 14, 2023.


_____/s/_____
FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE